GAS 245D     (Rev. 10/24) Judgment in a Criminal Case for Revocations

# UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** |
|---|---|
| v. | (For Revocation of Probation or Supervised Release) |
| Armando Garcia Ramos | Case Number: 2:25CR00007-1 |
| | USM Number: 18526-104 |
| | Benjamin Daly Summerlin |
| | Defendant's Attorney |

**THE DEFENDANT:**

☒ admitted guilt to violations of mandatory and special conditions of the term of supervision.

■ was found in violation of condition(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | The defendant committed another Federal, state, or local crime (mandatory condition). | October 10, 2024 |
| 2 | The defendant committed another Federal, state, or local crime (mandatory condition). | October 10, 2024 |
| 3 | The defendant committed another Federal, state, or local crime (mandatory condition). | October 10, 2024 |
| 4 | The defendant, who is an alien and was subject to deportation, reentered the United States without permission of a duly authorized immigration official (special condition). | October 10, 2024 |

The defendant is sentenced as provided in page 2 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

■ The defendant has not violated the _____ condition(s), _____ and is discharged as to such violation(s).

It is ordered that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the Court and United States Attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No: N/A

May 6, 2025
Date of Imposition of Judgment

Defendant's Year of Birth: 1990

Signature of Judge

City and State of Defendant's Residence: N/A

LISA GODBEY WOOD
UNITED STATES DISTRICT JUDGE
Name and Title of Judge

May 8, 2025
Date

GAS 245D    (Rev. 10/24) Judgment in a Criminal Case for Revocations

DEFENDANT: Armando Garcia Ramos
CASE NUMBER: 2:25CR00007-1

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of: <u>4 months.</u> <u>This term of imprisonment is to be served concurrently with the sentence imposed in U.S. District Court Docket Number 2:25CR3-1 imposed this date.</u>

■    The Court makes the following recommendations to the Bureau of Prisons:

☒    The defendant is remanded to the custody of the United States Marshal.

■    The defendant shall surrender to the United States Marshal for this district:

    ■  at _____ ■ a.m. ■ p.m. on _____ .

    ■  as notified by the United States Marshal.

■    The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ■  before 2 p.m. on _____ .

    ■  as notified by the United States Marshal.

    ■  as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____ , with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL